District Judge Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AMANUEL CHURUM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UR M. JADDOU,<br><br>　　　　Defendant. | NO. 2:23-CV-00784-TL<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER<br><br>NOTED FOR HEARING:<br>OCTOBER 19, 2023 |

　　　　Plaintiff and Defendant, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings for an additional thirty to sixty days.

　　　　Plaintiff brings this case pursuant to the Administrative Procedure Act and Mandamus Act seeking an order compelling the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate the Form I-730, Refugee/Asylee Relative Petition, that Plaintiff filed on behalf of the beneficiary, Bana Gebrezgi, in 2018. On August 8, 2023, the Parties jointly stipulated and moved to stay the proceedings for sixty days, and the Court granted the motion the same day, ordering a joint status report to be filed on or before October 9, 2023. *See* Dkt. Nos. 9, 10. On October 6, 2023, Defendant filed her Answer to the Complaint. Dkt. No. 15. On October 9, 2023, the Parties

submitted a Joint Status Report which stated that the Parties had agreed to meet and confer on Wednesday, October 11, 2023 and would follow with a Joint Status Report with a Proposed Case Schedule. At that meeting, Defendant informed Plaintiff that USCIS expects to interview the beneficiary of his Form I-730 on or around November 16, 2023.

In light of this information, the Parties have agreed to jointly stipulate and request that the Court say the proceedings for a minimum of an additional thirty days, up to sixty days if the interview with the beneficiary is scheduled within the initial thirty days. If the Court is amenable to this proposal, the Parties would submit a joint status report on or before November 20, 2023, informing the Court that the interview has been scheduled, at which point the stay could automatically continue until Monday, December 18, 2023.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1. There is good cause for the requested stay. USCIS expects to interview the beneficiary on or around November 17, 2023. Following that interview, USCIS typically needs additional time to process the Form I-730 petition.

Accordingly, the parties jointly stipulate and request that the Court stay these proceedings until at least November 20, 2023, and until December 18, 2023 if the interview with Ms. Gebrezgi is scheduled on or before November 20, 2023.

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
AND [PROPOSED] ORDER

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

DATED this 19th day of October, 2023.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiff

By  s/ *Franklin D. Cordell*
    Franklin D. Cordell, WSBA #26392
    Katherine S. Wan, WSBA #58647
    600 University Street, Suite 2915
    Seattle, Washington 98101
    206.467.6477
    fcordell@gordontilden.com
    kwan@gordontilden.com

**COVINGTON & BURLING LLP**
Attorneys for Plaintiff

   Gerald Hodgkins (*pro hac vice*)
   Maura Sokol (*pro hac vice*)
   850 Tenth Street, NW
   Washington, DC 20001
   Telephone: (202) 662-5263
   ghodgkins@cov.com
   msokol@cov.com

TESSA M. GORMAN
Acting United States Attorney

 s/ *Michelle R. Lambert*
 MICHELLE R. LAMBERT, NYS #4666657
 Assistant United States Attorney
 United States Attorney's Office
 1201 Pacific Avenue, Suite 700
 Tacoma, Washington 98402
Phone: 206-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

STIPULATED MOTION TO HOLD CASE IN ABEYANCE
AND [PROPOSED] ORDER

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

**[PROPOSED] ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. The Parties shall file a joint status report on or before November 20, 2023. If the Parties inform the Court that Ms. Gebrezgi's interview has been scheduled on or before November 20, 2023, the stay will continue until December 18, 2023.

DATED this 20th day of October 2023.

_____
Tana Lin
United States District Judge

STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477