1

2

3

4

5

District Judge Tana Lin

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9  AMANUEL CHURUM,                           No. 2:23-cv-784-TL

10                         Plaintiff,        STIPULATED MOTION TO DISMISS
                                             AND [~~PROPOSED~~] ORDER
11             v.
                                             Noted for: April 29, 2024
12

13  UR M. JADDOU,

14                         Defendant.

    Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of

15

16  this case without prejudice, with each party to bear their own costs.  Plaintiff brought this litigation

17  pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship

18  and Immigration Services ("USCIS") to adjudicate the Form I-730, Refugee/Asylee Relative

19  Petition, that Plaintiff filed on behalf of the beneficiary, Bana Gebrezgi, in 2018.  USCIS has

20  adjudicated the Form I-730 and the beneficiary is now in the United States.

21  //

22  //

23  //

24  //

25  //

26

27

STIPULATED MOTION        - 1
23-cv-784-TL

1   Dated: April 29, 2024                      Respectfully submitted,

2                                              TESSA M. GORMAN
3                                              United States Attorney

4                                               s/Michelle R. Lambert
                                               MICHELLE R. LAMBERT, NYS #4666657
5                                              Assistant United States Attorney
                                               United States Attorney's Office
6                                              1201 Pacific Avenue, Suite 700
7                                              Tacoma, Washington 98402
                                               Phone:  253-428-3824
8                                              Email:  michelle.lambert@usdoj.gov
                                               *Attorneys for Defendants*
9

10                                             **GORDON TILDEN THOMAS & CORDELL** LL
11

12                                             By   s/ *Franklin D. Cordell*
                                                  Franklin D. Cordell, WSBA #26392
13                                                Katherine S. Wan, WSBA #58647
                                                  600 University Street, Suite 2915
14                                                Seattle, Washington 98101
                                                  206.467.6477
15                                                fcordell@gordontilden.com
16                                                kwan@gordontilden.com

17
                                               **COVINGTON & BURLING LLP**
18

19                                                Gerald Hodgkins (*pro hac vice*)
20                                                Maura Sokol (*pro hac vice*)
                                                  850 Tenth Street, NW
21                                                Washington, DC 20001
                                                  Telephone: (202) 662-5263
22                                                ghodgkins@cov.com
                                                  msokol@cov.com
23
                                               *Attorneys for Plaintiffs*
24

25

26

27

**[~~PROPOSED~~] ORDER**

The case is dismissed without prejudice, with each party to bear their own costs.  It is so **ORDERED**.

DATED this 29th day of April, 2024.

_____

TANA LIN
United States District Judge

STIPULATED MOTION          - 3
23-cv-784-TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970